B9D **(Official Form 9Dalt)** (Chapter 7 Corporation/Partnership Asset Case)                    Case Number **08–12973–PJW**
(12/07)

---

## UNITED STATES BANKRUPTCY COURT District of Delaware

---

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 11/19/08 and was converted to a case under chapter 7 on 4/30/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>NVS Liquidating Company, Inc.<br>fka NetVersant Solutions, Inc.<br>777 Post Oak Boulevard<br>Suite 400<br>Houston, TX 77056 | |
| Case Number:<br>08–12973–PJW | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>76–0579180 |
| Attorney for Debtor(s) (name and address):<br>Daniel B. Butz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>18th Floor<br>Wilmington, DE 19801<br>Telephone number:  302–575–7348 | Bankruptcy Trustee (name and address):<br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br>Telephone number:  302–652–3641 |

## Meeting of Creditors

Date:  **June 16, 2009**                              Time:  **11:00 AM**
Location:  **844 King Street, Room 2112, Wilmington, DE 19801**

---

## Deadline to File a Proof of Claim
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **9/14/09**                    For a governmental unit: **10/27/09**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

---

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone number:  302–252–2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David D. Bird |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date: 5/26/09 |

# EXPLANATIONS

B9D (Official Form 9D) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

Below is a list of cases that are associated with **NVS Liquidating Company, Inc**.

The Meeting of Creditors will be held on 6/16/2009 at 11:00 a.m. for all the below cases as well as 08-12973 **NVS Liquidating Company, Inc**.  If you have received this notice, you were listed as a creditor in one these cases.  If you wish to file a claim, please fill in the appropriate case name and number on the claim form and file with the Court.

**08-12974-PJW NV NoCal Liquidating Company, Inc.**

**08-12975-PJW NV SoCal Liquidating Company, Inc.**

**08-12976-PJW NV Cal Liquidating Company, Inc.**

**08-12977-PJW NV Den Liquidating Company, Inc.**

**08-12978-PJW NV GP Liquidating Company, Inc.**

**08-12979-PJW NV LP Liquidating Company, Inc.**

**08-12980-PJW NV Management Liquidating Co., L.P.**

**08-12981-PJW NV Nat Liquidating Company, Inc.**

**08-12982-PJW NVR Liquidating Company, Inc.**

**08-12983-PJW NV Liquidating Company, Inc.**

**08-12984-PJW NV OR Liquidating Company, Inc.**

**08-12985-PJW NV Atl Liquidating Company, Inc.**

**08-12986-PJW NV Mid-A Liquidating Company, Inc.**

**08-12987-PJW NV NE Liquidating Company, Inc.**

**08-12988-PJW NV Minn Liquidating Company, Inc.**

**08-12989-PJW NV Alb Liquidating Company, Inc.**

**08-12990-PJW IBS Liquidating Company, Inc.**

**08-12991-PJW NV Phl Liquidating Company, Inc.**

**08-12992-PJW NV Tex Liquidating Company, Inc.**

**08-12993-PJW NV Cas Liquidating Company, Inc.**

**008-12994-PJW NV Wash Liquidating Company, Inc.**

.