UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

NVS LIQUIDATING COMPANY, INC.,

Case No. 08-12973 (KG)

Re: D.I. 1041

Debtor.

### ORDER OF DISTRIBUTION

AND NOW, this **24th** day of **Sept.**, 20**18**, the Trustee, JEOFFREY L. BURTCH, TRUSTEE, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution(Docket No. **1041**, Exhibit D), estate monies in the amounts indicated in such Schedule(s), (ii) this Order is effective immediately, notwithstanding the fourteen day stay imposed by Bankruptcy Rule 6004(h), and (iii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DATED: September 24, 2018