**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>**NVS LIQUIDATING COMPANY, INC.,**<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. **08-12973-MFW**<br><br>Re: Docket No. 1062 |

**STATUS REPORT OF CHAPTER 7 TRUSTEE**

In response to the Court's Order requiring a status conference (Docket No. 1062, Filed 02/05/2020), Jeoffrey L. Burtch, the Chapter 7 Trustee, responds as follows:

- Trustee's expectation of any future significant developments or events in the administration of the case:

    o As indicated in the Status Report filed 10/24/2019 @ DI 1060, the Trustee made a second distribution from funds returned to the Estate by the State of Indiana.

    o All of those checks have cleared the bank with the exception of payments made to California's State Board of Equalization and State Board of Education as well as Dallas County in Texas. These checks total $8.65. Stop payments were issued on 1/27/2020.

    o The Trustee has received a commitment from counsel for Dallas County to negotiate payments totaling $7.49 and has re-issued these payments.

    o The Trustee has filed a Motion Pay Combined Small Check Into the Court regarding the final $1.16. [DI 1063, Filed 2/25/2020]

    o Upon receipt of a zero dollar bank statement, the Trustee will prepare the Distribution Report (TDR) for submission to the Office of the United States Trustee.

Dated: February 25, 2020    */s/ JEOFFREY L. BURTCH, TRUSTEE*
JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee
P.O. BOX 549
WILMINGTON, DE 19899-0549
(302) 472-7427